UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ELAINE WEST, an individual,

CASE NO.: 3:21-CV-00405

        Plaintiff,

vs.

THE REALREAL, INC., a Foreign corporation,

        Defendant,
_____/

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S RENEWED MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Plaintiff, Elaine West, pursuant to the applicable rules of the Federal Rules of Civil Procedure, hereby withdraws her Memorandum in Opposition to Defendant's Renewed Motion to Compel Arbitration and Stay Proceedings filed on August 2, 2021, in the above styled action. Plaintiff agrees to submit this matter to arbitration as requested by Defendant in its Motion to Compel Arbitration.

Plaintiff requests this Court retain jurisdiction to enforce any arbitration award.

**LEE G. KELLISON, P.A.**

*/s/ Lee Kellison*

Lee G. Kellison, Esq.
Florida Bar No.: 0963445
599 Atlantic Boulevard, Suite 4
Atlantic Beach, Florida 32233
904/332-7222 Telephone
904/332-9613 Facsimile
lee@kellisonlaw.com Primary Email
lauryn@kellisonlaw.com Secondary Email
*Attorney for Plaintiff, Elaine West*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I electronically filed Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Renewed Motion to Compel Arbitration and Stay Proceedings by using the CM/ECF system which effected service upon all CM/ECF participants this 13th day of September, 2021.

                                                                                        /s/ Zuk

                                                                                        ATTORNEY